**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY**

| | | |
|---|---|---|
| Joseph L. McDonald | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| Mavis A. McDonald | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| Lyndon Ellis | ) | |
| | ) | Case No. 08-CV-2473-CM/JPO |
| On Behalf of Themselves and | ) | |
| All Others Similarly Situated, | ) | |
| | ) | |
| Plaintiffs; | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Kellogg Company | ) | **Jury Demanded** |
| | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION

COME NOW, the Plaintiffs, by and through their attorneys of record, and respectfully request that this Court certify this action as a representative action under 29 U.S.C. § 216(b). In support of this motion Plaintiffs adopt and incorporate the arguments and authorities set forth in their supporting Memorandum, filed contemporaneously herewith.

Respectfully submitted,

s/ Michael Hodgson

Michael F. Brady     KS # 18630

Michael Hodgson        KS #21331
Heather Lake        KS # 20660
Matthew Osman        KS # 23563
**Brady & Associates**
10901 Lowell Ave., Ste. 280
Overland Park, KS  66210
Tel: (913) 696-0925
Fax: (913) 696-0468
brady@mbradylaw.com
mhodgson@mbradylaw.com
hlake@mbradylaw.com
mosman@mbradylaw.com
**ATTORNEYS FOR PLAINTIFFS**