## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## KANSAS CITY

| | |
|---|---|
| JOSEPH L. MCDONALD, MAVIS A. MCDONALD, and LYNDON ELLIS, on behalf of themselves and all other similarly situated employees,<br><br>      Plaintiffs,<br><br>vs.<br><br>KELLOGG COMPANY,<br><br>      Defendant. | No. 2:08-cv-02473-JWL-JPO<br><br><br><br><br><br><br>**FILED VIA ECF** |

### STIPULATION AGREEING TO CONDITIONAL CERTIFICATION AND NOTICE TO PUTATIVE 216(b) CLASS

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs Joseph McDonald, Mavis McDonald and Lyndon Ellis and Defendant Kellogg Company ("Kellogg"), through their undersigned counsel, that the parties have reached an agreement resolving Plaintiffs' pending Motion to Certify Class, (D.E. 15). Specifically, Kellogg does not contest Plaintiff's Motion to Certify Class and agrees to notice to the putative collective action alleged under Section 216(b) of the Fair Labor Standards Act ("FLSA"), 42 U.S.C. § 201 *et seq*. as set forth in the parties' proposed Notification to Potential Class Members and Consent to Join, copies of which are attached as Exhibit A. Kellogg reserves the right to seek decertification of any conditionally certified class, and this Stipulation is not, and should not be construed as, an admission of fault or liability by either Plaintiffs or Kellogg.

It is further stipulated and agreed that Plaintiffs' counsel will send notice to the putative collective class within twenty (20) days of the Court's endorsement of this Joint Stipulation or upon receipt of the putative class list from Kellogg, whichever date is later.

| | |
|---|---|
| /s/ James N. Boudreau | /s/ Michael Hodgson |
| James N. Boudreau, Esquire | Michael F. Brady, Esq. |
| Erin A. Webber, Esquire | Michael A. Hodgson, Esq. |
| Christina T. Tellado-Winston, Esquire | Heather M. Lake, Esq. |
| **Littler Mendelson, P.C.** | Matthew E. Osman, Esq. |
| Three Parkway, Suite 1400 | **Brady & Associates Law Office** |
| 1601 Cherry Street | 10901 Lowell Avenue |
| Philadelphia, PA 19102 | Suite No. 280 |
| 267.402.3000 | Overland Park, KS 66210 |
| 267.402.3131 (fax) | 913.696.0925 |
| | 913.696.0468 (fax) |
| Attorneys for Defendant | |
| Kellogg Company | Attorneys for Plaintiffs |
| Dated: June 12, 2009 | Dated: June 12, 2009 |

**SO ORDERED:**

s/ John W. Lungstrum
John W. Lungstrum
U.S. District Judge

Dated: June 16, 2009