## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## AT KANSAS CITY

| | |
|---|---|
| **Joseph L. McDonald, Mavis A. McDonald** ) | |
| **and Lyndon Ellis, On Behalf of Themselves** ) | |
| **and All Others Similarly Situated** ) | |
| ) | **Case No.  08-CV-2473 JWL-JPO** |
| **Plaintiffs;** ) | |
| **vs.** ) | |
| ) | |
| **The Kellogg Company** ) | |
| **Defendant.** ) | |

## JOINT MOTION FOR
## APPROVAL OF SETTLEMENT

Plaintiffs Joseph L. McDonald, Mavis A. McDonald and Lyndon Ellis on behalf of themselves and all others similarly situated ("Plaintiffs"), and Kellogg Company ("Kellogg" or "Defendant"), (hereafter referred to collectively as the "Parties") by and through each Parties' respective counsel of record, hereby move this Court for an order approving the terms and conditions of the Settlement reached in the above-referenced matter.   In Support of this Motion, the Parties will contemporaneously file a *Memorandum in Support of their Joint Motion for Approval of FLSA Settlement.*

**WHEREFORE**, the Parties hereby request that this Court grant this Motion and enter the proposed Order approving the Settlement Agreement.

Respectfully submitted,

s/ *Michael F. Brady*
Michael F. Brady        KS #18630
BRADY & ASSOCIATES
10901 Lowell Avenue, Suite 280
Overland Park, KS 66210
Tel: (913) 696-0925
Fax: (913) 696-0468
brady@mbradylaw.com
**ATTORNEYS FOR PLAINTIFFS**

and

s/ *Erin A. Webber*
ERIN A. WEBBER (70548)
LITTLER MENDELSON
2300 Main Street, Suite 900
Kansas City, MO 64108
Telephone: (816) 448-3558
Facsimile: (816) 817-0735
E-mail: ewebber@littler.com

s/ *James N. Boudreau*
JAMES N. BOUDREAU
Pennsylvania Bar No. 77891
jboudreau@gtlaw.com
(Admitted *Pro Hac Vice*)
CHRISTINA T. TELLADO
Pennsylvania Bar No. 204206
telladoc@gtlaw.com
GREENBERG TRAURIG, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel. (215) 988-7800
Fax. (215) 988-7801
**ATTORNEYS FOR DEFENDANT**

2

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 13, 2012, the foregoing was electronically

filed with the Clerk of the Court via the CM/ECF system, which will send notice of the filing to

all counsel of record.


   s/ *Michael F. Brady*
Michael F. Brady

3