IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

| | |
|---|---|
| Joseph L. McDonald, Mavis A. McDonald and Lyndon Ellis, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>The Kellogg Company,<br><br>Defendant. | )<br>)<br>)<br>)  Case No. 08-CV-2473 JWL<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

On April 13, 2012, Plaintiffs filed a Motion for Approval of Attorneys' Fees and Costs (Doc. No. 299). On April 27, 2012, this Court held a hearing with the Parties to consider the issue of attorneys' fees. Pursuant to this hearing, this Court finds the attorneys' fees and costs proposed are fair and reasonable and therefore, finds this Motion should be granted.

IT IS ORDERED BY THE COURT that Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Costs is granted as follows:

1. $275,000 as attorneys fees; and

2. $37,116.43 as costs and expenses incurred in prosecuting this matter.

IT IS SO ORDERED.

Dated this 30th day of April, 2011.

                                                    s/John W. Lungstrum
                                                    Judge John W. Lungstrum
                                                    United States District Judge
                                                    District of Kansas